THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KIRK ARDELL SJODIN JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF UTAH et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 4:23-CV-16-DN <br><br> District Judge David Nuffer |

Plaintiff, Kirk Ardell Sjodin Jr., has not responded to the Court's September 14, 2023 order for Plaintiff to, within thirty days, show cause why this case should not be dismissed for failure to comply with the Court's order to pay an initial partial filing fee and sign and return a form consenting to collection of the remaining filing fee out of Plaintiff's inmate account. (ECF No. 14.) And, Plaintiff has not since updated Plaintiff's address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number."). Indeed, the last three items that the Court mailed to Plaintiff were returned to sender as undeliverable. (ECF Nos. 11, 13, 15.)

Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 21st day of November, 2023.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge